IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANTOS RAMOS RODRIGUEZ,<br>    Plaintiff | :<br>:<br>: |
| vs. | : CIVIL NO. 1:CV-11-1709<br>: |
| COURT OF COMMON PLEAS OF<br>YORK COUNTY, et al.<br>    Defendants | :<br>:<br>:<br>: |

*O R D E R*

AND NOW, this 22nd day of November, 2011, upon consideration of the report (Doc. 9) of the magistrate judge, filed October 25, 2011, and Plaintiff's objections (Doc.10) thereto, and upon independent review of the record, since it appears that Plaintiff's claims should be pursued by way of a habeas petition, it is ordered that:

    1.  The magistrate judge's report is adopted.

    2.  The complaint (Doc. 1) is hereby dismissed.

    3.  Plaintiff's motion (Doc. 2) for summary judgment and petitions for mandamus (Doc. 6 and 11) are dismissed.

    4.  The Clerk of Court shall close this file.

                                          /s/William W. Caldwell
                                        William W. Caldwell
                                        United States District Judge